Opinion issued May 22, 2003









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-99-01173-CV

____________


ELI MASSO AND ELIAS VENUTES, INC., Appellants


V.


DONALD FARMER AND COUPON CONNECTION OF AMERICA, INC.,
Appellees


***********************************************


DONALD FARMER AND COUPON CONNECTION OF AMERICA, INC.,
Appellants


V.


ELI MASSO AND ELIAS VENTURES, INC. Appellees






On Appeal from the 268th District Court

Fort Bend County, Texas

Trial Court Cause No. 102,026






MEMORANDUM OPINION

 The parties have filed a joint motion to dismiss their appeals. No opinion has
issued. Accordingly, the motion is granted, and the appeals are dismissed. Tex. R.
App. P. 42.1(a).

 All other pending motions in these appeals are overruled as moot. The Clerk
is directed to issue mandate within 10 days of the date of this opinion. Tex. R. App.
P. 18.1.

PER CURIAM

Panel consists of Justices Hedges, Nuchia, and Alcala.